Méndez, Demandante y Apelante, *v.* El Banco Comercial, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en pleito sobre daños y perjuicios.

No. 1837.—Resuelto en julio 24, 1918.

Caso Probado Prima Facie—Moción de Nonsuit.—Cuando un demandante prueba su caso *prima facie* no es procedente una moción de *nonsuit*. De la única manera en que un demandado puede obtener que la corte entre a considerar el peso de la prueba es dando por concluso el caso.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. O. M. Wood* y *O. B. Frazer.*

Abogado del apelado: *Sr. Antonio Sarmiento.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El demandante inició un pleito por daños y perjuicios producido por haberse rehusado el pago de un cheque y ha apelado de una orden de sobreseimiento (*nonsuit*). Aunque quizás no muy fuerte se presentó prueba para justificar los daños y perjuicios puesto que algunos testigos se pronunciaron en sus declaraciones con tendencias a demostrar que el crédito del demandante estaba a la sazón afectado, y como de este modo se probó el caso *prima facie* surge la cuestión de si la corte podía resolver el caso declarando con lugar la moción de *nonsuit*. El demandado no ofreció someterse, sino que con radicar la moción de *nonsuit* descansaba en la

supuesta falta de prueba. Hemos indicado que una moción de *nonsuit* es semejante a una excepción perentoria a la prueba. *Vargas* v. *Monroig e Hijos,* 15 D. P. R. 27; 38 Cyc. 155, *et seq.* Véase también *Rivera* v. *Díaz,* 19 D. P. R. 548. Por lo tanto, puesto que el demandante ha probado su caso *prima facie* no era procedente una moción de *nonsuit.* De la única manera en que un demandado puede obtener que la corte entre a considerar el peso de la prueba es dando por concluso el caso.

Es de revocarse la sentencia recurrida y ordenarse la celebración de un nuevo juicio.

> *Revocada la sentencia recurrida y ordenada la celebración de un nuevo juicio.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.